## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES SMALL BUSINESS**
**ADMINISTRATION**                                          **PLAINTIFF**

**V.**                                          **CAUSE NO. 1:13cv93-LG-JMR**

**HENRY L. BONNEY, JR.**                                          **DEFENDANT**

### DEFAULT JUDGMENT

Plaintiff, United States Small Business Administration (SBA), has moved, pursuant to Fed. R. Civ. P. 55(b)(2), for judgment by default against defendant Henry L. Bonney, Jr., and the Court having examined and considered the motion and being otherwise fully advised in the premises, finds:

That the complaint was filed in this cause on March 25, 2013. Service of process was perfected on the defendant Henry L. Bonney, Jr., on April 22, 2013, as shown by the Return of Service on the Summons filed on May 13, 2013.

That no answer or other pleadings has been filed by the defendant Henry L. Bonney, Jr. or anyone representing the defendant.

That default was entered on the civil docket in the Office of the Clerk of this Court on May 30, 2013 and defendant Henry L. Bonney, Jr. has taken no action to set aside the default.

That defendant is not in the military and is not an infant or incompetent persons.

The real property which defendant Henry L. Bonney, Jr. may claim an interest in is located in Harrison County, Mississippi, and described as follows:

> Lots 10 and 11, Square 24, Timber Ridge Shores, Unit 1-A, as per the Official Map or Plat thereof on file and of record in the Office of the Chancery Clerk of Harrison County, Mississippi, First Judicial District, Mississippi.
>
> More commonly known as:  627 Royal Oak Drive, Pass Christian, MS 39571

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff's Motion for Default Judgment [ECF No. 6], pursuant to Fed. R. Civ. P. 55 should be, and is hereby **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant Henry L. Bonney, Jr. does not own and has no right to possess 627 Royal Oak Drive, Pass Christian, Mississippi, more particularly described above.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant Henry L. Bonney, Jr. is to relinquish possession of the property to SBA no later than 30 days from entry of this default judgment.

**SO ORDERED AND ADJUDGED** this the 6th day of August, 2013.

LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE